1  Michael A. Isaacs, CSBN 99782
   LUCE, FORWARD,
2  HAMILTON & SCRIPPS LLP
   Rincon Center II
3  121 Spear Street, Suite 200
   San Francisco, CA 94105-1582
4  Telephone No.: 415.356.4600
   Fax No.: 415.356.3895
5  E-Mail:   misaacs@luce.com

6  Attorneys for DAVID A. BRADLOW,
   Chapter 11 Trustee and Appellee
7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                         OAKLAND DIVISION

| | |
|---|---|
| In re | Case No. CV 09-04378 SBA |
| 600 ALABAMA LLC,<br>a California corporation, | Bk. No. 08-31434-DM<br>Chapter 11 |
| Debtor. | |
| MARIN MORTGAGE BANKERS CORP ("MMB"), as servicing agent for CHARLES J. FLYNN AND/OR MIK P. FLYNN, OR THEIR SUCCESSORS IN TRUST, UNDER THE FLYNN FAMILY LIVING TRUST, DATED MAY 7, 1999, AND ANY AMENDMENTS THERETO ET AL AS TO AN UNDIVIDED $1,270,000.00 INTEREST, | **STIPULATION AND ORDER RE EXTENSION OF TIME FOR FILING APPELLEE'S OPENING BRIEF RE APPEAL FROM BANKRUPTCY COURT**<br><br>[Civil L.R. 6-2, Civil L.R. 7-12] |
| Appellant, | |
| vs. | |
| DAVID A. BRADLOW, CHAPTER 11 TRUSTEE OF THE ESTATE OF 600 ALABAMA LLC, | |
| Appellee. | |

The parties in the above-referenced appeal which is from an order of the United States Bankruptcy Court, Marin Mortgage Bankers Corp ("MMB"), as Servicing Agent for Charles J. Flynn And/Or Mik P. Flynn, or Their Successors In Trust, Under The Flynn Family Living Trust, Dated

301154378.1                          1

1  May 7, 1999, and any Amendments Thereto et al as to An Undivided $1,270,000.00 Interest
2  ("Appellant") and David A. Bradlow, Chapter 11 Trustee of 600 Alabama LLC ("Appellee"), by and
3  through their counsel of record, hereby stipulate that the time for filing the Appellee's Opening Brief
4  may be continued for fifteen (15) days.

5      At the present time, the Appellee's Opening Brief is due twenty (20) days after service of
6  Appellant's Brief, i.e. 20 days from October 26, 2009, or November 16, 2009. The parties agree that
7  that time period may be extended until December 1, 2009.

8  DATED: November 2, 2009        Respectfully submitted,
                                            LUCE, FORWARD, HAMILTON & SCRIPPS LLP
9

10
11                             By: /s/Michael A. Isaacs, Esq., CSBN 99782
                                MICHAEL A. ISAACS
                                Attorneys for DAVID A. BRADLOW,
12                                  Chapter 11 Trustee and Appellee

13

14  **<u>DECLARATION RE LOCAL RULE 6-2</u>**

15  I, Michael A. Isaacs, declare as follows:

16      1.       I am a partner in the law firm of Luce, Forward, Hamilton & Scripps LLP, counsel for
17  David A. Bradlow, Chapter 11 Trustee of the estate of 600 Alabama LLC (the "Trustee").

18      2.       This appeal is from an order by the United States Bankruptcy Court for the Northern
19  District of California, the Honorable Dennis Montali, denying Appellant's motion to remove the
20  Trustee.

21      3.       The Court's records reflect that on September 17, 2009, Appellant filed its Notice of
22  Appeal from Bankruptcy Court.

23      4.       The Court's records further indicate that Appellant's Opening Brief was filed and
24  served on October 26, 2009.

25      5.       Currently, Appellee's Opening Brief is to be filed and served on or before November
26  16, 2009.

27      6.       During the litigation that occurred before the Bankruptcy Court regarding the
28  Appellant's motion to remove the Trustee, Jeffrey Fillerup ("Mr. Fillerup") a partner in the firm of

1  Luce, Forward, Hamilton & Scripps LLP, defended the depositions of the Trustee. It was
2  contemplated that Mr. Fillerup would be defending this appeal, or, at a minimum, assisting in the
3  defense of the appeal because of his background in this case.

4      7.    On October 17, 2009, Mr. Fillerup was involved in a very serious bicycle accident. He
5  was hospitalized with a head injury. Thus, he has been out of the office since the accident. It is
6  contemplated that he might return to the office the first week of November; however, at the present
7  time, I do not know of his ability to participate in this appellate process. I believe that Mr. Fillerup's
8  participation is important, not only because of his background, but because he has handled various
9  other appeals from Bankruptcy Court orders to the District Court.

10     8.    No other extensions of time have been requested.

11     9.    On October 29, 2009, I spoke with Spencer Scheer, Scheer Law Group LLP, counsel
12 for the Appellant. Mr. Scheer indicated that he had no objection to an extension of time.

13     I declare under penalty of perjury under the laws of the United States of America and the State
14 of California that the foregoing is true and correct. Executed on November 2, 2009 in San Francisco,
15 California.

16     /s/Michael A. Isaacs, Esq., CSBN 99782
    Michael A. Isaacs, Attorney for Appellee

19     NOW, THEREFORE THE PARTIES STIPULATE to the entry of an order extending the time
20 period within which the Appellee must file its Opening Brief until December 1, 2009.

21 DATED: November 2, 2009    SCHEER LAW GROUP, LLP

23     By: /s/Spencer P. Scheer, Esq., CSBN 107750
    SPENCER P. SCHEER,
24     Attorneys for Appellant MARIN MORTGAGE
    BANKERS CORP ("MMB"), as servicing agent for
25     CHARLES J. FLYNN AND/OR MIK P. FLYNN, OR
    THEIR SUCCESSORS IN TRUST, UNDER THE
26     FLYNN FAMILY LIVING TRUST, DATED MAY 7,
    1999, AND ANY AMENDMENTS THERETO ET AL
27     AS TO AN UNDIVIDED $1,270,000.00 INTEREST,

| | |
|---|---|
| DATED: November 2, 2009 | LUCE, FORWARD, HAMILTON & SCRIPPS LLP |
| | By: /s/Michael A. Isaacs, Esq., CSBN 99782 |
| | MICHAEL A. ISAACS |
| | Attorneys for Appellee DAVID A. BRADLOW, Chapter 11 Trustee |

PURSUANT TO STIPULATION IT IS SO ORDERED

Dated: 11-4-09

_____
JUDGE OF THE UNITED STATES DISTRICT COURT

301154378.1

4