Michael A. Isaacs, CSBN 99782
LUCE, FORWARD,
HAMILTON & SCRIPPS LLP
Rincon Center II
121 Spear Street, Suite 200
San Francisco, CA 94105-1582
Telephone No.: 415.356.4600
Fax No.: 415.356.3895
E-Mail:   misaacs@luce.com

Attorneys for DAVID A. BRADLOW,
Chapter 11 Trustee and Appellee

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>600 ALABAMA LLC,<br>a California corporation,<br><br>    Debtor. | Case No. CV 09-04378 SBA<br><br>Bk. No. 08-31434-DM<br>Chapter 11 |
| MARIN MORTGAGE BANKERS CORP ("MMB"), as servicing agent for CHARLES J. FLYNN AND/OR MIK P. FLYNN, OR THEIR SUCCESSORS IN TRUST, UNDER THE FLYNN FAMILY LIVING TRUST, DATED MAY 7, 1999, AND ANY AMENDMENTS THERETO ET AL AS TO AN UNDIVIDED $1,270,000.00 INTEREST,<br><br>    Appellant,<br><br>    vs.<br><br>DAVID A. BRADLOW, CHAPTER 11 TRUSTEE OF THE ESTATE OF 600 ALABAMA LLC,<br><br>    Appellee. | **SECOND STIPULATION AND ORDER RE EXTENSION OF TIME FOR FILING APPELLEE'S OPENING BRIEF RE APPEAL FROM BANKRUPTCY COURT**<br><br>[Civil L.R. 6-2, Civil L.R. 7-12] |

301156308.1                                         1

1.  On November 2, 2009, the parties in the above-referenced appeal which is from an order of the United States Bankruptcy Court, Marin Mortgage Bankers Corp ("MMB"), as Servicing Agent for Charles J. Flynn And/Or Mik P. Flynn, or Their Successors In Trust, Under The Flynn Family Living Trust, Dated May 7, 1999, and any Amendments Thereto et al as to An Undivided $1,270,000.00 Interest ("Appellant") and David A. Bradlow, Chapter 11 Trustee of 600 Alabama LLC ("Appellee"), by and through their counsel of record, stipulated that the time for filing the Appellee's Opening Brief be continued for fifteen (15) days ("First Stipulation"). On November 4, 2009, the Court so ordered.

2.  Pursuant to this Second Stipulation And Order Re Extension Of Time For Filing Appellee's Opening Brief Re Appeal From Bankruptcy Court ("Second Stipulation"), the parties named in Paragraph 1 above, by and through their counsel of record, stipulate that the time for filing the Appellee's Opening Brief be further continued for an additional thirty (30) days.

3.  By way of the First Stipulation, the Appellee's Opening Brief was to be due on December 1, 2009. Pursuant to this Second Stipulation, the parties agree that that time period may be extended until January 2, 2010.

DATED: November 18, 2009

Respectfully submitted,
LUCE, FORWARD, HAMILTON & SCRIPPS LLP

By: /s/Michael A. Isaacs, Esq., CSBN 99782
MICHAEL A. ISAACS
Attorneys for DAVID A. BRADLOW,
Chapter 11 Trustee and Appellee

**DECLARATION RE LOCAL RULE 6-2**

I, Michael A. Isaacs, declare as follows:

4.  I am a partner in the law firm of Luce, Forward, Hamilton & Scripps LLP, counsel for David A. Bradlow, Chapter 11 Trustee of the estate of 600 Alabama LLC (the "Trustee").

5.  This appeal is from an order by the United States Bankruptcy Court for the Northern District of California, the Honorable Dennis Montali, denying Appellant's motion to remove the Trustee.

6.  The Court's records reflect that on September 17, 2009, Appellant filed its Notice of Appeal from Bankruptcy Court.

7. The Court's records further indicate that Appellant's Opening Brief was filed and served on October 26, 2009.

8. Currently, Appellee's Opening Brief is to be filed and served on or before December 1, 2009.

9. During the litigation that occurred before the Bankruptcy Court regarding the Appellant's motion to remove the Trustee, Jeffrey Fillerup ("Mr. Fillerup") a partner in the firm of Luce, Forward, Hamilton & Scripps LLP, defended the depositions of the Trustee. It was contemplated that Mr. Fillerup would be defending this appeal, or, at a minimum, assisting in the defense of the appeal because of his background in this case.

10. On October 17, 2009, Mr. Fillerup was involved in a very serious bicycle accident. He was hospitalized with a head injury. It was contemplated that he might return to the office the first week of November; however, at the present time, he is only coming to the office for a couple of hours per day. I believe that Mr. Fillerup's participation is important, not only because of his background, but because he has handled various other appeals from Bankruptcy Court orders to the District Court.

11. Pursuant to the First Stipulation, a 15-day extension of time was requested.

12. I exchanged e-mails with Spencer Scheer, Scheer Law Group LLP, counsel for the Appellant. Mr. Scheer indicated that he had no objection to a further extension of time.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct. Executed on November 18, 2009 in San Francisco, California.

/s/Michael A. Isaacs, Esq., CSBN 99782
Michael A. Isaacs, Attorney for Appellee

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

301156308.1                                     3

1     NOW, THEREFORE THE PARTIES STIPULATE to the entry of an order extending the time period within which the Appellee must file its Opening Brief until January 2, 2010.

DATED: November 20, 2009     SCHEER LAW GROUP, LLP

                                                By: /s/Spencer P. Scheer, Esq., CSBN 107750
                                                SPENCER P. SCHEER,
                                                Attorneys for Appellant MARIN MORTGAGE BANKERS CORP ("MMB"), as servicing agent for CHARLES J. FLYNN AND/OR MIK P. FLYNN, OR THEIR SUCCESSORS IN TRUST, UNDER THE FLYNN FAMILY LIVING TRUST, DATED MAY 7, 1999, AND ANY AMENDMENTS THERETO ET AL AS TO AN UNDIVIDED $1,270,000.00 INTEREST,

DATED: November 18, 2009     LUCE, FORWARD, HAMILTON & SCRIPPS LLP

                                                By: /s/Michael A. Isaacs, Esq., CSBN 99782
                                                MICHAEL A. ISAACS
                                                Attorneys for Appellee DAVID A. BRADLOW, Chapter 11 Trustee

PURSUANT TO STIPULATION IT IS SO ORDERED

Dated: 11/25/09                            *Sandra B. Armstrong*
                                         JUDGE OF THE UNITED STATES DISTRICT COURT