Michael A. Isaacs, CSBN 99782
LUCE, FORWARD,
HAMILTON & SCRIPPS LLP
Rincon Center II
121 Spear Street, Suite 200
San Francisco, CA 94105-1582
Telephone No.: 415.356.4600
Fax No.: 415.356.3895
E-Mail:   misaacs@luce.com

Attorneys for DAVID A. BRADLOW,
Chapter 11 Trustee and Appellee

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>600 ALABAMA LLC,<br>a California corporation,<br><br>   Debtor.<br><br>MARIN MORTGAGE BANKERS CORP ("MMB"), as servicing agent for CHARLES J. FLYNN AND/OR MIK P. FLYNN, OR THEIR SUCCESSORS IN TRUST, UNDER THE FLYNN FAMILY LIVING TRUST, DATED MAY 7, 1999, AND ANY AMENDMENTS THERETO ET AL AS TO AN UNDIVIDED $1,270,000.00 INTEREST,<br><br>   Appellant,<br><br>   vs.<br><br>DAVID A. BRADLOW, CHAPTER 11 TRUSTEE OF THE ESTATE OF 600 ALABAMA LLC,<br><br>   Appellee. | Case No. CV 09-04378 SBA<br><br>Bk. No. 08-31434-DM<br>Chapter 11<br><br>**THIRD STIPULATION AND ORDER RE EXTENSION OF TIME FOR FILING APPELLEE'S OPENING BRIEF RE APPEAL FROM BANKRUPTCY COURT**<br><br>[Civil L.R. 6-2, Civil L.R. 7-12] |

1.   On November 2, 2009, the parties in the above-referenced appeal which is from an order of the United States Bankruptcy Court, Marin Mortgage Bankers Corp ("MMB"), as Servicing Agent for Charles J. Flynn And/Or Mik P. Flynn, or Their Successors In Trust, Under The Flynn Family Living Trust, Dated May 7, 1999, and any Amendments Thereto et al as to An Undivided $1,270,000.00 Interest ("Appellant") and David A. Bradlow, Chapter 11 Trustee of 600 Alabama LLC ("Appellee"), by and through their counsel of record, stipulated that the time for filing the Appellee's Opening Brief be continued for fifteen (15) days ("First Stipulation"). On November 4, 2009, the Court so ordered.

2.   On November 20, 2009, the parties filed their Second Stipulation And Order Re Extension Of Time For Filing Appellee's Opening Brief Re Appeal From Bankruptcy Court ("Second Stipulation"), stipulating that the time for filing the Appellee's Opening Brief be continued for an additional thirty (30) days. On November 25, 2009, the Court so ordered.

3.   By way of the First Stipulation, the Appellee's Opening Brief was to be due on December 1, 2009. Under the Second Stipulation, the parties agreed that the time period could be extended until January 2, 2010.

4.   By way of this Third Stipulation And Order Re Extension Of Time For Filing Appellee's Opening Brief Re Appeal From Bankruptcy Court ("Third Stipulation"), the parties once again wish to extend the time period for the filing of Appellant's Opening Brief for an additional sixty (60 days) to March 4, 2010.

DATED: December 8, 2009          Respectfully submitted,
                                 LUCE, FORWARD, HAMILTON & SCRIPPS LLP


                                 By: /s/Michael A. Isaacs, Esq., CSBN 99782
                                     MICHAEL A. ISAACS
                                     Attorneys for DAVID A. BRADLOW,
                                     Chapter 11 Trustee and Appellee

/ / /

/ / /

/ / /

/ / /

301158107.1                           2

**DECLARATION RE LOCAL RULE 6-2**

I, Michael A. Isaacs, declare as follows:

5. I am a partner in the law firm of Luce, Forward, Hamilton & Scripps LLP, counsel for David A. Bradlow, Chapter 11 Trustee of the estate of 600 Alabama LLC (the "Trustee").

6. This appeal is from an order by the United States Bankruptcy Court for the Northern District of California, the Honorable Dennis Montali, denying Appellant's motion to remove the Trustee.

7. The Court's records reflect that on September 17, 2009, Appellant filed its Notice of Appeal from Bankruptcy Court.

8. The Court's records further indicate that Appellant's Opening Brief was filed and served on October 26, 2009.

9. Currently, Appellee's Opening Brief is to be filed and served on or before January 2, 2010.

10. During the litigation that occurred before the Bankruptcy Court regarding the Appellant's motion to remove the Trustee, Jeffrey Fillerup ("Mr. Fillerup") a partner in the firm of Luce, Forward, Hamilton & Scripps LLP, defended the depositions of the Trustee. It was contemplated that Mr. Fillerup would be defending this appeal, or, at a minimum, assisting in the defense of the appeal because of his background in this case.

11. On October 17, 2009, Mr. Fillerup was involved in a very serious bicycle accident. He was hospitalized with a head injury. It was contemplated that he might return to the office the first week of November; however, at the present time, he is only coming to the office for a couple of hours per day. I believe that Mr. Fillerup's participation is important, not only because of his background in this matter, but because he has handled various other appeals to the District Court.

12. In addition to the medical issue mentioned above, new developments have occurred which could make this appeal moot. The Trustee is in the process of abandoning the real property that gave rise to an Adversary Proceeding that was prosecuted on behalf of the Trustee against Apellant. By Court order dated December 2, 2009, a copy of which is annexed hereto, the Adversary Proceeding has been dismissed. Therefore, as indicated, it is possible that all matters will be resolved and this

1  appeal dismissed.

2      I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct. Executed on December 8, 2009 in San Francisco, California.

/s/Michael A. Isaacs, Esq., CSBN 99782<br>
Michael A. Isaacs, Attorney for Appellee

    NOW, THEREFORE THE PARTIES STIPULATE to the entry of an order extending the time period within which the Appellee must file its Opening Brief until March 4, 2010.

DATED: December 9, 2009    SCHEER LAW GROUP, LLP

By: /s/Spencer P. Scheer, Esq., CSBN 107750
SPENCER P. SCHEER,
Attorneys for Appellant MARIN MORTGAGE BANKERS CORP ("MMB"), as servicing agent for CHARLES J. FLYNN AND/OR MIK P. FLYNN, OR THEIR SUCCESSORS IN TRUST, UNDER THE FLYNN FAMILY LIVING TRUST, DATED MAY 7, 1999, AND ANY AMENDMENTS THERETO ET AL AS TO AN UNDIVIDED $1,270,000.00 INTEREST,

DATED: December 8, 2009    LUCE, FORWARD, HAMILTON & SCRIPPS LLP

By: /s/Michael A. Isaacs, Esq., CSBN 99782
MICHAEL A. ISAACS
Attorneys for Appellee DAVID A. BRADLOW, Chapter 11 Trustee

PURSUANT TO STIPULATION IT IS SO ORDERED

Dated: 12/10/09        *[signature]*
SAUNDRA B. ARMSTRONG,
JUDGE OF THE UNITED STATES DISTRICT COURT

301158107.1    4